UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 97CR1189-LAB |
| Plaintiff, | ) ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT** |
| v. | ) ) | |
| TERESA VALENCIA, | ) ) | |
| Defendant. | ) ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case is dismissed without prejudice, and the Arrest Warrant is recalled.

IT IS SO ORDERED.

DATED: May 14, 2014

_____
HONORABLE LARRY ALAN BURNS
United States District Judge